NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TORY JONAE ARNOLD, DOC #H21430,    )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-2350
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Polk
County; Mark Carpanini, Judge.

Matthew J. Wells, Tampa, for Appellant.

Tory Jonae Arnold, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.